**STATE of Missouri, Respondent,**

v.

**Cody Marshall BAKER, Appellant.**

**WD 79237**

Missouri Court of Appeals, Western District.

ORDER FILED: January 31, 2017

Joshua D. Hawley, Attorney General, Rachel Flaster, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Margaret M. Johnston, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, and Victor C. Howard and Gary D. Witt, Judges

### Order

Per Curiam:

Cody Baker appeals, following a jury trial, his conviction of second-degree (felony) murder, § 565.021, for which he was sentenced by the court to thirty years' imprisonment in the Missouri Department of Corrections. Baker argues that the trial court abused its discretion in refusing to both (1) allow him to play the recording of a 911 call during opening statement and (2) accept an untimely amendment to his motion for new trial. Finding no error, we affirm. Rule 30.25(b).